### EQUITABLE ADJUSTERS v. FARMERS MUTUAL FIRE INSURANCE COMPANY OF SALEM COUNTY.

December 21, 1981.

The Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed. (See 87 *N.J.* 415)

### STATE OF NEW JERSEY v. MARCUS O. ROGERS.

December 21, 1981.

The Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed. (See 87 *N.J.* 418)